■ In the Matter of EMILIA VIDAL, Appellant, v CHERRYLINA ANDINO, Respondent. — Order, Family Court, New York County, entered on February 21, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which

could be raised on this appeal. Concur — Kupferman, J.P., Sullivan, Carro, Markewich and Silverman, JJ.